## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

THE GRIP JAR OPENER, LLC,

      PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      DEFENDANTS.

CASE NO.: 23-CV-02049

JUDGE JOHN J. THARP, JR.

MAGISTRATE JUDGE JEFFREY COLE

## AMENDED SCHEDULE A

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|-----|--------------------------|-----------------|
| 1 | Shenzhen Chalk Art Tech Co., Ltd. | beautyme.en.alibaba.com |
| 2 | Ningbo General Union Co., Ltd. | bebetterlife.en.alibaba.com |
| 3 | Shenzhen Bao Yun Jia Technology Co., Ltd. | byjhome.en.alibaba.com |
| 4 | Dongguan Casia Industry Co., Ltd. | casiaindustry.en.alibaba.com |
| 5 | ZHEJIANG FENGHUAN PRODUCTS CO.,LTD | cn1539438274wxaj.en.alibaba.com |
| 6 | Foshan Liangji Hardware Products Co., Ltd. | cn1557795638spja.en.alibaba.com |
| 7 | Yangjiang Homesmart Industrial Co., Ltd. | cnhomesmart.en.alibaba.com |
| 8 | Ningbo Partner Commodity Co., Ltd. | cnnbpartner.en.alibaba.com |
| 9 | Coolnice Household Products Co., Ltd. | coolnicehousehold.en.alibaba.com |
| 10 | Dongguan Changyue Industrial Co., Ltd. | cyprotection.en.alibaba.com |
| 11 | Shenzhen DTPY Technology Co., Ltd. | dtpy.en.alibaba.com |
| 12 | Shanghai Sirf Industrial Co., Ltd. | f-colour.en.alibaba.com |
| 13 | Luohe Guomipai Trading Co., Ltd. | guomipai.en.alibaba.com |
| 14 | Hefei Yingji Electronic Commerce Co. LTD | hfyingji.en.alibaba.com |
| 15 | Henan Spectrum Network Technology Co., Ltd. | hnspectrum.en.alibaba.com |
| 16 | Huizhou Junhui Electronic Commerce Co., Ltd. | junhui666.en.alibaba.com |
| 17 | Jiaxing Jinhua Accessories Co., Ltd. | jx-jinhua.en.alibaba.com |
| 18 | Shenzhen JYC Technology Ltd. | jyccolor.en.alibaba.com |
| 19 | Shenzhen Lindsay Technology Co., Ltd. | linxi.en.alibaba.com |
| 20 | Shenzhen Mantimelong Electronic Co., Ltd. | mantimelong.en.alibaba.com |
| 21 | Shenzhen Misonyo Industrial Co., Ltd. | misonyo.en.alibaba.com |
| 22 | Ningbo Youerxun Trading Co., Ltd. | nbgoodandfast.en.alibaba.com |
| 23 | Shenzhen Poxiao Trading Co., Ltd. | nicewholesale.en.alibaba.com |
| 24 | Ningguo Ningni Trading Co., Ltd. | nntrade.en.alibaba.com |
| 25 | Shenzhen Shouchuangxinsheng Electronic Technology Co., Ltd. | scxsmz.en.alibaba.com |
| 26 | Shanghai Zhanxing Electronic Commerce Co., Ltd. | shanghaizhanxing2021.en.alibaba.com |
| 27 | Yiwu Senso Household Goods Co., Ltd. | shengshuo.en.alibaba.com |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 28 | Shenzhen Maiqijia Home Co., Ltd. | szmjltd.en.alibaba.com |
| 29 | Shenzhen Tango Tech. Co., Ltd. | sztango.en.alibaba.com |
| 30 | Shenzhen Trueland Trading Co., Ltd. | sztrueland.en.alibaba.com |
| 31 | Ningbo Tomitomo Castle Household Products Co., Ltd. | tomitomocastle.en.alibaba.com |
| 32 | Upurchase Household (Ningbo)Co.,LTD | upurchase.en.alibaba.com |
| 33 | Yiwu Wanqin E-Commerce Co., Ltd. | wanqin.en.alibaba.com |
| 34 | Shenzhen Wellflyer Technology Co., Ltd. | wellflyer.en.alibaba.com |
| 35 | Xingtai Kebang Trading Co., Ltd. | xtkebang.en.alibaba.com |
| 36 | Yiwu Xucong Trading Co., Ltd. | xucongtrading.en.alibaba.com |
| 37 | Yangjiang Boda Industry & Trade Co., Ltd. | yjboda.en.alibaba.com |
| 38 | Hatchen Industry Co., Ltd. | yjhatchen.en.alibaba.com |
| 39 | Yangjiang Maidi Hardware Products Co., Ltd | yjmaidi.en.alibaba.com |
| 40 | Yangjiang Minghong Industry And Trade Co., Ltd. | yjminghong.en.alibaba.com |
| 41 | Zhangjiagang City Tianlun Import & Export Trade Co., Ltd. | zjgtianlun.en.alibaba.com |
| 42 | Shenzhen ZS Tonda Technology Co., Ltd. | zstonda.en.alibaba.com |
| 43 | Elenxs store | aliexpress.com/store/1100564103 |
| 44 | DeamHunter Daily Life Store | aliexpress.com/store/1100764272 |
| 45 | Call black white and white black | aliexpress.com/store/1101034686 |
| 46 | Selena Love DIY Store | aliexpress.com/store/1101218102 |
| 47 | Haoxair Store | aliexpress.com/store/1101227674 |
| 48 | Gaolou Store | aliexpress.com/store/1101234180 |
| 49 | Leading Store | aliexpress.com/store/1101242576 |
| 50 | Huation Store | aliexpress.com/store/1101260044 |
| 51 | Write Memories Store | aliexpress.com/store/1101280274 |
| 52 | Decorating My House Store | aliexpress.com/store/1101280320 |
| 53 | ShenZhen Instrument Tool Drop Shipping Store | aliexpress.com/store/1101285600 |
| 54 | Buy Buy Buy Life Store Store | aliexpress.com/store/1101301659 |
| 55 | Global Top Kitchen Store | aliexpress.com/store/1101305671 |
| 56 | Ceasar's Tool Store | aliexpress.com/store/1101309940 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 57 | ikitchen Store | aliexpress.com/store/1101311294 |
| 58 | Zx Quality Life Store | aliexpress.com/store/1101317725 |
| 59 | Housedecor Store | aliexpress.com/store/1101330622 |
| 60 | May Life Happiness Store | aliexpress.com/store/1101332646 |
| 61 | superhomestore Store | aliexpress.com/store/1101336484 |
| 62 | World Market Store | aliexpress.com/store/1101349094 |
| 63 | Our Market Store | aliexpress.com/store/1101349303 |
| 64 | Embellish New Life Store | aliexpress.com/store/1101357148 |
| 65 | DIDIHOU Textile Store | aliexpress.com/store/1101359727 |
| 66 | MHORLX Store | aliexpress.com/store/1101365369 |
| 67 | ThingJoy Store | aliexpress.com/store/1101366066 |
| 68 | Yssylike Lovehome Store | aliexpress.com/store/1101378148 |
| 69 | Junejour Home-Life Store | aliexpress.com/store/1101381218 |
| 70 | ZHEJIANG DLI INDUSTRIES CO.,LTD Store | aliexpress.com/store/1101383884 |
| 71 | Kpop Memories Store | aliexpress.com/store/1101385797 |
| 72 | Top-Beauty Life Store | aliexpress.com/store/1101386742 |
| 73 | Hi,we are Store | aliexpress.com/store/1101390169 |
| 74 | Relax House Store | aliexpress.com/store/1101392999 |
| 75 | Mintiml Friendly Store | aliexpress.com/store/1101394638 |
| 76 | Ddrop ship Store | aliexpress.com/store/1101395458 |
| 77 | GoodLifestyle Store | aliexpress.com/store/1101398942 |
| 78 | JL SISTER Store | aliexpress.com/store/1101400433 |
| 79 | FUNIQUE Fashion Jewelry Store | aliexpress.com/store/1101401090 |
| 80 | Smarter Life. Store | aliexpress.com/store/1101401388 |
| 81 | YOSANE Store | aliexpress.com/store/1101421189 |
| 82 | XiaoLou Store | aliexpress.com/store/1101421817 |
| 83 | Coloful Life Store | aliexpress.com/store/1101427046 |
| 84 | Surprised You Store | aliexpress.com/store/1101428504 |
| 85 | CC Sporting Store | aliexpress.com/store/1101429485 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 86 | Thanstar Store | aliexpress.com/store/1101435624 |
| 87 | Dear daily necessities Store | aliexpress.com/store/1101448610 |
| 88 | TPTrade Store | aliexpress.com/store/1101450488 |
| 89 | Our Drop Shipping Store | aliexpress.com/store/1101493026 |
| 90 | Dai Department Store | aliexpress.com/store/1101494265 |
| 91 | ESUNFULFILL Store | aliexpress.com/store/1101495411 |
| 92 | Life Dropshipping Store | aliexpress.com/store/1101498695 |
| 93 | DreamHunter Life Store | aliexpress.com/store/1101512341 |
| 94 | 55 Seconds Store | aliexpress.com/store/1101527480 |
| 95 | ILOVEIHOME Store | aliexpress.com/store/1101538960 |
| 96 | Unbelievable Cooking Store | aliexpress.com/store/1101540945 |
| 97 | transportation-up Store | aliexpress.com/store/1101545358 |
| 98 | The idea factore Store | aliexpress.com/store/1101545963 |
| 99 | Sweety Bacca Decor Store | aliexpress.com/store/1101564919 |
| 100 | Everything was very good Store | aliexpress.com/store/1101566369 |
| 101 | Shop911115179 Store | aliexpress.com/store/1101574129 |
| 102 | MAHOME Store | aliexpress.com/store/1101576900 |
| 103 | Shop911224106 Store | aliexpress.com/store/1101583216 |
| 104 | Prefect Life Store | aliexpress.com/store/1101590928 |
| 105 | MyCuteDaily Store | aliexpress.com/store/1101591591 |
| 106 | Daily Necessities Home Store | aliexpress.com/store/1101592218 |
| 107 | Beautifully Decorated life Store | aliexpress.com/store/1101597414 |
| 108 | IVYSHION Home Garden Brand Store | aliexpress.com/store/1101597653 |
| 109 | Homemi Store | aliexpress.com/store/1101610273 |
| 110 | Housewear & Furnishing Store | aliexpress.com/store/1101623103 |
| 111 | Sofia lifestyle Store | aliexpress.com/store/1101630551 |
| 112 | Household Market Store | aliexpress.com/store/1101662668 |
| 113 | MHORLX Dropshipping Store | aliexpress.com/store/1101663328 |
| 114 | BEEMAN Houseware Store | aliexpress.com/store/1101672024 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|-----|--------------------------|-----------------|
| 115 | Hope-life house Store | aliexpress.com/store/1101689953 |
| 116 | New Worlds Store | aliexpress.com/store/1101707001 |
| 117 | Beautiful romantic Store | aliexpress.com/store/1101717242 |
| 118 | Dropshipping Available Store | aliexpress.com/store/1101724883 |
| 119 | Empty Shopping Cart Store | aliexpress.com/store/1101726321 |
| 120 | DLI Online Store | aliexpress.com/store/1101727466 |
| 121 | qwy Store | aliexpress.com/store/1101729007 |
| 122 | Is Sunflowers Store | aliexpress.com/store/1101732713 |
| 123 | goodlife houseware Store | aliexpress.com/store/1101741645 |
| 124 | Luckys House Store | aliexpress.com/store/1101752409 |
| 125 | Small-Lucky Store | aliexpress.com/store/1101753070 |
| 126 | Friendship housewell Store | aliexpress.com/store/1101754560 |
| 127 | Housekeeping Tidy Buyer Store | aliexpress.com/store/1101759392 |
| 128 | Ninestar Store | aliexpress.com/store/1101760133 |
| 129 | Homes Metals Store | aliexpress.com/store/1101764329 |
| 130 | i Deknys Store | aliexpress.com/store/1101765886 |
| 131 | Build Store | aliexpress.com/store/1101766106 |
| 132 | HOEADEN Store | aliexpress.com/store/1101770527 |
| 133 | Funny Planet Store | aliexpress.com/store/1101773159 |
| 134 | Life Niches Factory Store | aliexpress.com/store/1101773757 |
| 135 | Tender So Store | aliexpress.com/store/1101776227 |
| 136 | Ourdream Houselife Store | aliexpress.com/store/1101778070 |
| 137 | Let's Renovation Store | aliexpress.com/store/1101780385 |
| 138 | Dropshiper Good Factory Store | aliexpress.com/store/1101795837 |
| 139 | WiYe Store | aliexpress.com/store/1101799658 |
| 140 | Lupan Store | aliexpress.com/store/1101814779 |
| 141 | Mintiml Shiny Store | aliexpress.com/store/1101822951 |
| 142 | MaxGift Store | aliexpress.com/store/1101823923 |
| 143 | Heleoe Store | aliexpress.com/store/1101828656 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|-----|--------------------------|-----------------|
| 144 | HOMICC45 Store | aliexpress.com/store/1101829561 |
| 145 | Home Life Global Store | aliexpress.com/store/1101846843 |
| 146 | Elecle Store | aliexpress.com/store/1101846970 |
| 147 | A Wonderfully Store | aliexpress.com/store/1101867222 |
| 148 | Zezzo tools droppshing Store | aliexpress.com/store/1101869102 |
| 149 | New Familystyle Store | aliexpress.com/store/1101870264 |
| 150 | YSGJ Store | aliexpress.com/store/1101875938 |
| 151 | makit Store | aliexpress.com/store/1101880605 |
| 152 | kidsandtoys Store | aliexpress.com/store/1101890651 |
| 153 | Shop912493732 Store | aliexpress.com/store/1101899677 |
| 154 | Zezzo Gadgets Store | aliexpress.com/store/1101909467 |
| 155 | Zezzo Dropshipping- Store | aliexpress.com/store/1101911431 |
| 156 | Isfriday Daily Supplies Store | aliexpress.com/store/1101930779 |
| 157 | Hahay Grocery Store | aliexpress.com/store/1101933871 |
| 158 | Hoeaden Warm Cozy Home Store | aliexpress.com/store/1101936438 |
| 159 | maidekuai Store | aliexpress.com/store/1101938113 |
| 160 | Kitchen Supplies Ctore Store | aliexpress.com/store/1101940634 |
| 161 | Little Liuzi's Store | aliexpress.com/store/1101949032 |
| 162 | Tomorrow Dropshipping Store | aliexpress.com/store/1101950500 |
| 163 | Enjoy Life Household 888 Store | aliexpress.com/store/1101953564 |
| 164 | Manufacturer Direct Dropshipping Store | aliexpress.com/store/1101953575 |
| 165 | QTSHd Beautiful Store | aliexpress.com/store/1101956000 |
| 166 | BEST-HOME Store | aliexpress.com/store/1101957497 |
| 167 | Shop912684724 Store | aliexpress.com/store/1101957560 |
| 168 | Doo La Store | aliexpress.com/store/1101961171 |
| 169 | Zitour Houseware Store | aliexpress.com/store/1101968172 |
| 170 | Shop1100013056 Store | aliexpress.com/store/1101976781 |
| 171 | Dropshipping HJ Store | aliexpress.com/store/1101979838 |
| 172 | x-space Store | aliexpress.com/store/1101982671 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 173 | Shop1100215073 Store | aliexpress.com/store/1102014915 |
| 174 | Shop1100219054 Store | aliexpress.com/store/1102018908 |
| 175 | Shop1100216061 Store | aliexpress.com/store/1102020901 |
| 176 | YYZDXP97 Store | aliexpress.com/store/1102025075 |
| 177 | Home Garden Ligting Integration Store | aliexpress.com/store/1102025658 |
| 178 | Storage Brother Store | aliexpress.com/store/1102028436 |
| 179 | MustB Beauty Store | aliexpress.com/store/1102037944 |
| 180 | Modern Kitchen Store | aliexpress.com/store/1102040622 |
| 181 | Mango World Store | aliexpress.com/store/1102049510 |
| 182 | Good Helper In Life Store | aliexpress.com/store/1102052700 |
| 183 | MAYIYAHO Life Store | aliexpress.com/store/1102055107 |
| 184 | MAYIYAHO Store | aliexpress.com/store/1102057099 |
| 185 | Shop1102072068 Store | aliexpress.com/store/1102067159 |
| 186 | Humble Swag Store | aliexpress.com/store/1102068009 |
| 187 | Shop1102089085 Store | aliexpress.com/store/1102086115 |
| 188 | YANGYANG HOUSE Store | aliexpress.com/store/1102092460 |
| 189 | Garden2023 Store | aliexpress.com/store/1102093057 |
| 190 | come to discount store Store | aliexpress.com/store/1102119333 |
| 191 | Shop1102126753 Store | aliexpress.com/store/1102129775 |
| 192 | Mieditony dropshipping shop Store | aliexpress.com/store/1102154838 |
| 193 | Shop1102160719 Store | aliexpress.com/store/1102160720 |
| 194 | Shop1102166886 Store | aliexpress.com/store/1102168741 |
| 195 | maidebanga Store | aliexpress.com/store/1102187065 |
| 196 | Will-Kitchen Store | aliexpress.com/store/1102187987 |
| 197 | MAYIYAHO E-Commerce Store | aliexpress.com/store/1102212577 |
| 198 | Urijk Ideal Kitchen Store | aliexpress.com/store/1102301235 |
| 199 | Commodity wholesale Store | aliexpress.com/store/1102304364 |
| 200 | Shop1102312510 Store | aliexpress.com/store/1102312511 |
| 201 | VAYA Home Accessories Store | aliexpress.com/store/1102341958 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 202 | Dozzlor Life Store | aliexpress.com/store/1102373083 |
| 203 | DECWXON Store | aliexpress.com/store/1102407775 |
| 204 | Shop1102421973 Store | aliexpress.com/store/1102420953 |
| 205 | OTTII Living Store | aliexpress.com/store/1102484022 |
| 206 | S1mple Store | aliexpress.com/store/1102512180 |
| 207 | Huangjun Daily Necessities Store | aliexpress.com/store/1102565432 |
| 208 | UBEST Store | aliexpress.com/store/1102589657 |
| 209 | Reiki Store | aliexpress.com/store/1102591659 |
| 210 | Shop1102604610 Store | aliexpress.com/store/1102599553 |
| 211 | Muised | amazon.com/sp?seller=A10GEELGXGJ8AI |
| 212 | QianYunXiang | amazon.com/sp?seller=A11IYRGJZW074 |
| 213 | kewanyaomaoyi | amazon.com/sp?seller=A125RAOES7AQQE |
| 214 | ZMSYStore | amazon.com/sp?seller=A12I2DXNC5PSLF |
| 215 | wangjingwenoz | amazon.com/sp?seller=A154QEVLJ26VQW |
| 216 | DUPSI | amazon.com/sp?seller=A15JP5WH5NJY3S |
| 217 | KeXin Service Center | amazon.com/sp?seller=A15T7QC32NIKLU |
| 218 | Caiface | amazon.com/sp?seller=A170KW19VNBKZO |
| 219 | wangwanglu | amazon.com/sp?seller=A17O06GS0MAO8X |
| 220 | 海口市谦一商贸有限 | amazon.com/sp?seller=A19S3JTNYUPCBN |
| 221 | Shopping in large quantities | amazon.com/sp?seller=A1A1VVHXDAWFQX |
| 222 | PQXXFS | amazon.com/sp?seller=A1BBGLAQ0JE1CO |
| 223 | songyuejiaoamz | amazon.com/sp?seller=A1DW5UP6G3FYQ9 |
| 224 | 武汉婷盛星创电子商务有限公司 | amazon.com/sp?seller=A1E9YQSA0R7ICS |
| 225 | UUTECHNOLOGY | amazon.com/sp?seller=A1FDEXFH64L3JV |
| 226 | BEYOLO | amazon.com/sp?seller=A1GMIVR1DV84AN |
| 227 | ChaoBingShop | amazon.com/sp?seller=A1GQ327MXOECB3 |
| 228 | 金梦的店铺 | amazon.com/sp?seller=A1H06IJ4V9KQ79 |
| 229 | Tcelebrateyo | amazon.com/sp?seller=A1H5YXI26HMS8M |
| 230 | tanmingyuandexiaomaibu | amazon.com/sp?seller=A1I383MDB4Y5VY |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 231 | Amz Quercus | amazon.com/sp?seller=A1K50THK38RG2P |
| 232 | shuefen-A | amazon.com/sp?seller=A1LHTKUBM750OK |
| 233 | Encountr | amazon.com/sp?seller=A1MZFOHL46F11W |
| 234 | abocede | amazon.com/sp?seller=A1OS0O4UVO71UR |
| 235 | Suilue Store | amazon.com/sp?seller=A1OUKGUHA42HAH |
| 236 | ARIES-AM | amazon.com/sp?seller=A1Q0P2L9BYI1FJ |
| 237 | MinNing | amazon.com/sp?seller=A1Q75RWN9GJ5TV |
| 238 | homozyUS | amazon.com/sp?seller=A1QYW3B53A0F19 |
| 239 | WELMFYIEM | amazon.com/sp?seller=A1R4YWES52SRU6 |
| 240 | zhengzhoushilibeianmaoyiyouxiangongsi | amazon.com/sp?seller=A1RSPYNMP0HX0J |
| 241 | luoyepiaopiao | amazon.com/sp?seller=A1U9U1CPA0B40E |
| 242 | liyaodeguo | amazon.com/sp?seller=A1UBN57YAGTVUV |
| 243 | yanxinamzaaa | amazon.com/sp?seller=A1V1KI9MQJWUVL |
| 244 | simple of Life shop | amazon.com/sp?seller=A1VVU9WF7MQNQJ |
| 245 | LuluLI | amazon.com/sp?seller=A1XKAAHCNRNOM0 |
| 246 | Suity | amazon.com/sp?seller=A1ZSYQK8JHWUU6 |
| 247 | LeOster | amazon.com/sp?seller=A1ZTL9QMLX7S6E |
| 248 | Bestgia | amazon.com/sp?seller=A20GX67JBH4GRC |
| 249 | lishiyisheng | amazon.com/sp?seller=A20YWYZF216KG0 |
| 250 | jakuer-US | amazon.com/sp?seller=A2149H8PNAXBP8 |
| 251 | 海口市升畅商贸有限 | amazon.com/sp?seller=A23RK9GU8KX9G3 |
| 252 | BuriBuri | amazon.com/sp?seller=A244KGLQLIYDUM |
| 253 | KiKooMall | amazon.com/sp?seller=A24Y318MTEPQ3I |
| 254 | Groovie Store | amazon.com/sp?seller=A26S2KN7CHUPB9 |
| 255 | YS999 | amazon.com/sp?seller=A290K3PXT3KJPP |
| 256 | zhiqiu-us | amazon.com/sp?seller=A29E1QFXNQJ4OV |
| 257 | laozhaoriyongpindian | amazon.com/sp?seller=A2B27IVVL8YOSC |
| 258 | Floralby | amazon.com/sp?seller=A2B6J08S65M4SI |
| 259 | LiuLinXianChunNaHuaZhuangPinDian | amazon.com/sp?seller=A2BO58CR9N8PQZ |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 260 | Rulnfichy Direct | amazon.com/sp?seller=A2FBVY3V1TIAWW |
| 261 | GONEBIN | amazon.com/sp?seller=A2H671Y62KJGBP |
| 262 | ShanXiYuKaZhouBiaoShangMaoYouXianGongSi | amazon.com/sp?seller=A2H73TJRNM1RFS |
| 263 | TAOTAO HAN | amazon.com/sp?seller=A2IP5B2D5DU5KA |
| 264 | ruifuyuan | amazon.com/sp?seller=A2LBJALWIAR1TT |
| 265 | Tianshizhiyi | amazon.com/sp?seller=A2LWS96SHIC0PO |
| 266 | sgsjdgz | amazon.com/sp?seller=A2M7D4N5DO75YN |
| 267 | feixiafuzhuang | amazon.com/sp?seller=A2N42FP5U2RGIC |
| 268 | DSPSSQ | amazon.com/sp?seller=A2Q6C36I4N4MNL |
| 269 | Vigana | amazon.com/sp?seller=A2QXPITSJ5605J |
| 270 | praskuus | amazon.com/sp?seller=A2SA9GMOODHMK0 |
| 271 | Strive for a lot of shopping | amazon.com/sp?seller=A2SGVW2J1E8FS5 |
| 272 | Quasswing | amazon.com/sp?seller=A2U55TQW8I9UHV |
| 273 | jingbaihuodian私信下 投诉必回 | amazon.com/sp?seller=A2UXZUYOUO1R8L |
| 274 | Kawphaqu | amazon.com/sp?seller=A2VTOU84HTUSXW |
| 275 | fufushangmaowangdian | amazon.com/sp?seller=A2W9RJH5FDT8JO |
| 276 | yuxiuhua | amazon.com/sp?seller=A2YO2K12SK3I1S |
| 277 | Gryeen | amazon.com/sp?seller=A2ZO8W1KWUDO3U |
| 278 | KQLBHCS | amazon.com/sp?seller=A2ZXG7X3ANQ0RJ |
| 279 | ganzhoujingjijishukaifaqulihongbaihuodian | amazon.com/sp?seller=A31IGMEUSXFTY6 |
| 280 | Rgvbydsx | amazon.com/sp?seller=A31ZVKH1FLRGUC |
| 281 | WJJ2022 | amazon.com/sp?seller=A364O6QB6A29BK |
| 282 | Yafus | amazon.com/sp?seller=A36SOP3KFW6AR6 |
| 283 | YUEZHIMAOYI | amazon.com/sp?seller=A37H0HVR6KEUII |
| 284 | Changxing Shop | amazon.com/sp?seller=A3982RDRMNYSEB |
| 285 | LULANMY | amazon.com/sp?seller=A399LV1MU5HUH5 |
| 286 | jinsenqi | amazon.com/sp?seller=A39EBMRZLH89I3 |
| 287 | zhangqiaous | amazon.com/sp?seller=A39P6USDM470AG |
| 288 | ABhome | amazon.com/sp?seller=A3A9WJWVRS8FQR |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 289 | pizhoushiyumilongjiancaijingyingbu | amazon.com/sp?seller=A3B2GXM1TUYR0V |
| 290 | MengMeng Department Stores | amazon.com/sp?seller=A3CRMDGG3RR8W7 |
| 291 | mokalaka | amazon.com/sp?seller=A3GF3I9R198M7M |
| 292 | caizhipeng4560 | amazon.com/sp?seller=A3I9171073MBMJ |
| 293 | zhubingchendedian | amazon.com/sp?seller=A3IRK48X9BIWXC |
| 294 | Daqian Shijie | amazon.com/sp?seller=A3J7F2PORKWO7V |
| 295 | IYUFSJ | amazon.com/sp?seller=A3JV95SGMKPQYV |
| 296 | TATECH-US | amazon.com/sp?seller=A3MC0PVY2I2UVO |
| 297 | NeQgX | amazon.com/sp?seller=A3NYLGX31DZXLH |
| 298 | Senbo Goods | amazon.com/sp?seller=A3PMJLR6JQ2IZ9 |
| 299 | nieduo | amazon.com/sp?seller=A3QO0LYDHNVLKA |
| 300 | Lee Ang | amazon.com/sp?seller=A3SLXW7Z4449IS |
| 301 | beahome | amazon.com/sp?seller=A3U61JT2VSRQEJ |
| 302 | LOVIVER US | amazon.com/sp?seller=A3UFJ625H0BCOC |
| 303 | GUOHUII | amazon.com/sp?seller=A3VIR4DU5Q7PVW |
| 304 | Haizhou department store | amazon.com/sp?seller=A3VNCBANWIENHM |
| 305 | ChengLuo | amazon.com/sp?seller=A6ODE1APXILO1 |
| 306 | LCBHD STORE | amazon.com/sp?seller=A7T8U98R60RSJ |
| 307 | Be Quick souk | amazon.com/sp?seller=A81FKLC2JPKFS |
| 308 | xixishangmaowangdian | amazon.com/sp?seller=AAWOE9M7MMX13 |
| 309 | foshanshichanchengquchuangjiemaoyiyouxiangongsi | amazon.com/sp?seller=ACE5RSD1SDL4E |
| 310 | Cute Baby-US | amazon.com/sp?seller=ADHKJY2TD6Z4X |
| 311 | Walentize | amazon.com/sp?seller=AEQ7ACC5KSE5I |
| 312 | Shishuanghui Shop | amazon.com/sp?seller=AFEGGQPH83R32 |
| 313 | ZXTQW | amazon.com/sp?seller=AGVYLO7M24J4T |
| 314 | Strade e-Store | amazon.com/sp?seller=AH6IG80VAB55C |
| 315 | toeroya Delivery 7-15 Days | amazon.com/sp?seller=AH7OHRR9W4TK6 |
| 316 | itank | amazon.com/sp?seller=AHU5TIK5R56CB |
| 317 | tehuixiaodian | amazon.com/sp?seller=AIU6R8LPF1KO6 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 318 | libingpa99 | amazon.com/sp?seller=AJQ6P720TY00U |
| 319 | duolianshanghang | amazon.com/sp?seller=ALF4HLTINEQ21 |
| 320 | wangbowenshangmaodian | amazon.com/sp?seller=AMUJQW28RV6N8 |
| 321 | frcw | amazon.com/sp?seller=APPLL5X414ZMH |
| 322 | yueeny US | amazon.com/sp?seller=ARCNODS5N8QEZ |
| 323 | Dasoch | amazon.com/sp?seller=ARK4YQ0LG1PWA |
| 324 | zacotrade | amazon.com/sp?seller=AS23Y6JCLT5SW |
| 325 | Kaikaili Shop | amazon.com/sp?seller=AS266RIBWZBLU |
| 326 | AOndj | amazon.com/sp?seller=AUP4D007WYZ69 |
| 327 | Jinshengjinshi | amazon.com/sp?seller=AYR9TUEFMXKB7 |
| 328 | fushengyuan us | amazon.com/sp?seller=AZP7DB5MUB53T |
| 329 | Home Pillow Case | dhgate.com/store/20023446 |
| 330 | Jingjingliang_no4 | dhgate.com/store/20141314 |
| 331 | Best_bikini | dhgate.com/store/20329629 |
| 332 | Win_home | dhgate.com/store/21362727 |
| 333 | Xue10 | dhgate.com/store/21434827 |
| 334 | Cong09 | dhgate.com/store/21614504 |
| 335 | Pelsagirl | dhgate.com/store/21748615 |
| 336 | Fzctq66 | dhgate.com/store/21750763 |
| 337 | Fzctq3 | dhgate.com/store/21751113 |
| 338 | Lyouyid7 | dhgate.com/store/21751224 |
| 339 | Youyij5 | dhgate.com/store/21751250 |
| 340 | Pyouyig2 | dhgate.com/store/21751277 |
| 341 | Zhao10 | dhgate.com/store/21755307 |
| 342 | Bei10 | dhgate.com/store/21756541 |
| 343 | Smyy13 | dhgate.com/store/21780105 |
| 344 | Onna | dhgate.com/store/21800586 |
| 345 | Npkh | dhgate.com/store/21800607 |
| 346 | Bev8 | dhgate.com/store/21800714 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 347 | Zqnw | dhgate.com/store/21800739 |
| 348 | Qg8i | dhgate.com/store/21800792 |
| 349 | Wlwi | dhgate.com/store/21800796 |
| 350 | Qcvf | dhgate.com/store/21800809 |
| 351 | Rbur | dhgate.com/store/21800862 |
| 352 | Rqwc | dhgate.com/store/21800889 |
| 353 | Pgmp | dhgate.com/store/21800964 |
| 354 | S2zx | dhgate.com/store/21817774 |
| 355 | Muop | dhgate.com/store/21818394 |
| 356 | Trud | dhgate.com/store/21818419 |
| 357 | M625 | dhgate.com/store/21818459 |
| 358 | Ozes | dhgate.com/store/21818583 |
| 359 | A6vm | dhgate.com/store/21818593 |
| 360 | T35p | dhgate.com/store/21819078 |
| 361 | Dbpi | dhgate.com/store/21819089 |
| 362 | Yp5a | dhgate.com/store/21819093 |
| 363 | Wtpg | dhgate.com/store/21819175 |
| 364 | Hsbl | dhgate.com/store/21819197 |
| 365 | Z5si | dhgate.com/store/21819213 |
| 366 | Kmn4 | dhgate.com/store/21819228 |
| 367 | Nktk | dhgate.com/store/21819254 |
| 368 | X5wv | dhgate.com/store/21819256 |
| 369 | Pm8c | dhgate.com/store/21819260 |
| 370 | Vdep | dhgate.com/store/21819417 |
| 371 | Cje1 | dhgate.com/store/21819448 |
| 372 | Ydcl | dhgate.com/store/21819472 |
| 373 | Q19k | dhgate.com/store/21819567 |
| 374 | Nrbf | dhgate.com/store/21819817 |
| 375 | Kang09 | dhgate.com/store/21836809 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 376 | 3.85521 | ebay.com/usr/3.85521 |
| 377 | 11331122 | ebay.com/usr/11331122 |
| 378 | 13113122 | ebay.com/usr/13113122 |
| 379 | 2013bigtree | ebay.com/usr/2013bigtree |
| 380 | 4fesfsr5t | ebay.com/usr/4fesfsr5t |
| 381 | 8germany8 | ebay.com/usr/8germany8 |
| 382 | abdasa_5438 | ebay.com/usr/abdasa_5438 |
| 383 | ajied5901 | ebay.com/usr/ajied5901 |
| 384 | ak95-3 | ebay.com/usr/ak95-3 |
| 385 | all.in.one.place.uk.ltd | ebay.com/usr/all.in.one.place.uk.ltd |
| 386 | auc6688ma | ebay.com/usr/auc6688ma |
| 387 | baofu78 | ebay.com/usr/baofu78 |
| 388 | beacon_buyer | ebay.com/usr/beacon_buyer |
| 389 | beautygirl200888 | ebay.com/usr/beautygirl200888 |
| 390 | beautyparty7799 | ebay.com/usr/beautyparty7799 |
| 391 | besteofbest | ebay.com/usr/besteofbest |
| 392 | bevilles*jv93ka | ebay.com/usr/bevilles*jv93ka |
| 393 | blossomflamboy | ebay.com/usr/blossomflamboy |
| 394 | boxue_68 | ebay.com/usr/boxue_68 |
| 395 | businesse-88 | ebay.com/usr/businesse-88 |
| 396 | caizhi79 | ebay.com/usr/caizhi79 |
| 397 | changu_4457 | ebay.com/usr/changu_4457 |
| 398 | cnstore88 | ebay.com/usr/cnstore88 |
| 399 | colorworldos-5 | ebay.com/usr/colorworldos-5 |
| 400 | comeonbaby2015 | ebay.com/usr/comeonbaby2015 |
| 401 | coolhair88 | ebay.com/usr/coolhair88 |
| 402 | crafted_j509g | ebay.com/usr/crafted_j509g |
| 403 | dangda-71 | ebay.com/usr/dangda-71 |
| 404 | ddiaoy87 | ebay.com/usr/ddiaoy87 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 405 | deals-true | ebay.com/usr/deals-true |
| 406 | dilmin-store | ebay.com/usr/dilmin-store |
| 407 | eptjknbdbd | ebay.com/usr/eptjknbdbd |
| 408 | fan_47 | ebay.com/usr/fan_47 |
| 409 | first_choice_online | ebay.com/usr/first_choice_online |
| 410 | flywisdomsales8 | ebay.com/usr/flywisdomsales8 |
| 411 | foursea | ebay.com/usr/foursea |
| 412 | fugansh0 | ebay.com/usr/fugansh0 |
| 413 | girlstore2015 | ebay.com/usr/girlstore2015 |
| 414 | gothroughsuccess | ebay.com/usr/gothroughsuccess |
| 415 | hairart2012 | ebay.com/usr/hairart2012 |
| 416 | hairart88 | ebay.com/usr/hairart88 |
| 417 | hothair88 | ebay.com/usr/hothair88 |
| 418 | huskhat_46 | ebay.com/usr/huskhat_46 |
| 419 | jah_7587 | ebay.com/usr/jah_7587 |
| 420 | jerbe_99 | ebay.com/usr/jerbe_99 |
| 421 | jianfanj_1 | ebay.com/usr/jianfanj_1 |
| 422 | jiaozh-0 | ebay.com/usr/jiaozh-0 |
| 423 | jingh5235 | ebay.com/usr/jingh5235 |
| 424 | joyvanashopping | ebay.com/usr/joyvanashopping |
| 425 | kaifeiji | ebay.com/usr/kaifeiji |
| 426 | kaupasllc37 | ebay.com/usr/kaupasllc37 |
| 427 | kenzyblaneshop | ebay.com/usr/kenzyblaneshop |
| 428 | lanjintechnology | ebay.com/usr/lanjintechnology |
| 429 | limingx-75 | ebay.com/usr/limingx-75 |
| 430 | liwa754174 | ebay.com/usr/liwa754174 |
| 431 | lixiaox-59 | ebay.com/usr/lixiaox-59 |
| 432 | longgu_45 | ebay.com/usr/longgu_45 |
| 433 | lx_jhyau | ebay.com/usr/lx_jhyau |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 434 | malesand-67 | ebay.com/usr/malesand-67 |
| 435 | mengkeshop | ebay.com/usr/mengkeshop |
| 436 | mikayl_15 | ebay.com/usr/mikayl_15 |
| 437 | miraclesale888 | ebay.com/usr/miraclesale888 |
| 438 | motorstarshine | ebay.com/usr/motorstarshine |
| 439 | mujin24 | ebay.com/usr/mujin24 |
| 440 | mujinh-86 | ebay.com/usr/mujinh-86 |
| 441 | nhhan-13 | ebay.com/usr/nhhan-13 |
| 442 | ningmen8052 | ebay.com/usr/ningmen8052 |
| 443 | paralleldeals | ebay.com/usr/paralleldeals |
| 444 | perviiz | ebay.com/usr/perviiz |
| 445 | prettystyle2007 | ebay.com/usr/prettystyle2007 |
| 446 | qanspi | ebay.com/usr/qanspi |
| 447 | qingc-40 | ebay.com/usr/qingc-40 |
| 448 | qqgg2009 | ebay.com/usr/qqgg2009 |
| 449 | rahmisimsek | ebay.com/usr/rahmisimsek |
| 450 | rajpras31 | ebay.com/usr/rajpras31 |
| 451 | ravindlaksha_43 | ebay.com/usr/ravindlaksha_43 |
| 452 | sampriyas_81 | ebay.com/usr/sampriyas_81 |
| 453 | sellershuang | ebay.com/usr/sellershuang |
| 454 | shengk8224 | ebay.com/usr/shengk8224 |
| 455 | shoopro | ebay.com/usr/shoopro |
| 456 | shop_24.7_online | ebay.com/usr/shop_24.7_online |
| 457 | shuangcn | ebay.com/usr/shuangcn |
| 458 | shuiqing77 | ebay.com/usr/shuiqing77 |
| 459 | singaboutmountain | ebay.com/usr/singaboutmountain |
| 460 | splanet | ebay.com/usr/splanet |
| 461 | suming-31 | ebay.com/usr/suming-31 |
| 462 | thelittleblackdress | ebay.com/usr/thelittleblackdress |

| No. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 463 | tonlan168 | ebay.com/usr/tonlan168 |
| 464 | unicsdeal | ebay.com/usr/unicsdeal |
| 465 | upforbest | ebay.com/usr/upforbest |
| 466 | usmakher_0 | ebay.com/usr/usmakher_0 |
| 467 | vajhema0 | ebay.com/usr/vajhema0 |
| 468 | vocglobal | ebay.com/usr/vocglobal |
| 469 | volinmiu123 | ebay.com/usr/volinmiu123 |
| 470 | wangdi56_6 | ebay.com/usr/wangdi56_6 |
| 471 | wangmeng_62 | ebay.com/usr/wangmeng_62 |
| 472 | weareontheway | ebay.com/usr/weareontheway |
| 473 | weiwux_44 | ebay.com/usr/weiwux_44 |
| 474 | weizhi-9879 | ebay.com/usr/weizhi-9879 |
| 475 | werfor_17 | ebay.com/usr/werfor_17 |
| 476 | windylegend | ebay.com/usr/windylegend |
| 477 | wonderfulmall | ebay.com/usr/wonderfulmall |
| 478 | wondersonline | ebay.com/usr/wondersonline |
| 479 | xianqi52 | ebay.com/usr/xianqi52 |
| 480 | xiaosh9623 | ebay.com/usr/xiaosh9623 |
| 481 | xiax_7747 | ebay.com/usr/xiax_7747 |
| 482 | xingch-39 | ebay.com/usr/xingch-39 |
| 483 | xingy_6451 | ebay.com/usr/xingy_6451 |
| 484 | yijingshan0 | ebay.com/usr/yijingshan0 |
| 485 | yingsale123 | ebay.com/usr/yingsale123 |
| 486 | yjfashion88 | ebay.com/usr/yjfashion88 |
| 487 | yjhair886 | ebay.com/usr/yjhair886 |
| 488 | yoyous9349 | ebay.com/usr/yoyous9349 |
| 489 | yupind0 | ebay.com/usr/yupind0 |
| 490 | zhangchen_56 | ebay.com/usr/zhangchen_56 |
| 491 | zhlovew82 | ebay.com/usr/zhlovew82 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 492 | zuiqing-67 | ebay.com/usr/zuiqing-67 |
| 493 | zuiti78 | ebay.com/usr/zuiti78 |
| 494 | SHENGMEIYU Home&Garden | joom.com/en/stores/5de62a6736b54d0301ff6785 |
| 495 | ding ding cat | joom.com/en/stores/63257323906ee60d03b1b008 |
| 496 | I love home | joom.com/en/stores/63c26d8ece067209307c9108 |
| 497 | teppy | teppy.co/ |
| 498 | avelita | avelita.com |
| 499 | ayeka | ayeka.co.uk |
| 500 | good-moments-6155 | good-moments-6155.com |
| 501 | homeindoornoutdoor | homeindoornoutdoor.com |
| 502 | michaelfinds | michaelfinds.com |
| 503 | minimalistlivingneccesities | minimalistlivingneccesities.myshopify.com |
| 504 | nayfar | nayfar.com |
| 505 | shopedge2edge | shopedge2edge.com |
| 506 | tsimprover | tsimprover.com |
| 507 | vinschoice | vinschoice.com |
| 508 | worldshoppingo | worldshoppingo.com |
| 509 | **DISMISSED** | |
| 510 | VisBeauty | temu.com/m-40340626477.html |
| 511 | Great Time | temu.com/m-275286646768.html |
| 512 | Menshi | temu.com/m-2439925233591.html |
| 513 | chengguo | temu.com/m-2666955025842.html |
| 514 | RMQ Co.,Ltd. | walmart.com/reviews/seller/101042489 |
| 515 | Nokiwiqis | walmart.com/reviews/seller/101043394 |
| 516 | Shenzhen Weitian Industrial Co., Ltd. | walmart.com/reviews/seller/101043398 |
| 517 | Shenzhen Dali Industry Co., Ltd. | walmart.com/reviews/seller/101043434 |
| 518 | LLX Co. Ltd. | walmart.com/reviews/seller/101043449 |
| 519 | AXL Co., Ltd. | walmart.com/reviews/seller/101044616 |
| 520 | SzRx Co., Ltd. | walmart.com/reviews/seller/101044636 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 521 | Kilkwhell | walmart.com/reviews/seller/101090936 |
| 522 | UU MissRy | walmart.com/reviews/seller/101094046 |
| 523 | YiGuangTong STORE | walmart.com/reviews/seller/101094446 |
| 524 | BOSONER STORE | walmart.com/reviews/seller/101098596 |
| 525 | LIANYAO | walmart.com/reviews/seller/101108589 |
| 526 | Leyueyi Store | walmart.com/reviews/seller/101111071 |
| 527 | Caitzr | walmart.com/reviews/seller/101111783 |
| 528 | Ciaoed life Co. ltd | walmart.com/reviews/seller/101112595 |
| 529 | Haijiaerte | walmart.com/reviews/seller/101112801 |
| 530 | Oluk | walmart.com/reviews/seller/101113938 |
| 531 | Dongguan Shunxin Import & Export Co., Ltd. | walmart.com/reviews/seller/101114655 |
| 532 | Janny  Co . Ltd | walmart.com/reviews/seller/101115483 |
| 533 | Elenker | walmart.com/reviews/seller/101119836 |
| 534 | becarstiay | walmart.com/reviews/seller/101123862 |
| 535 | DYNWAVE | walmart.com/reviews/seller/101126726 |
| 536 | JEOCODY | walmart.com/reviews/seller/101126884 |
| 537 | Soothfeel | walmart.com/reviews/seller/101127220 |
| 538 | bayline2019 | walmart.com/reviews/seller/101127603 |
| 539 | Redempion | walmart.com/reviews/seller/101130046 |
| 540 | BDH Co.Ltd. | walmart.com/reviews/seller/101130159 |
| 541 | hong Co . Ltd | walmart.com/reviews/seller/101132909 |
| 542 | Starynighty | walmart.com/reviews/seller/101133411 |
| 543 | guardung | walmart.com/reviews/seller/101134150 |
| 544 | savreiony | walmart.com/reviews/seller/101136456 |
| 545 | SOTNDA Co. Ltd | walmart.com/reviews/seller/101137116 |
| 546 | FAHXNVB | walmart.com/reviews/seller/101176019 |
| 547 | Magical Rainbow | walmart.com/reviews/seller/101176923 |
| 548 | Kironypik | walmart.com/reviews/seller/101177853 |
| 549 | tmosphere | walmart.com/reviews/seller/101177909 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 550 | SHS Co.Ltd | walmart.com/reviews/seller/101177970 |
| 551 | JNN SHOP | walmart.com/reviews/seller/101180365 |
| 552 | Greatest.Co.Ltd | walmart.com/reviews/seller/101180988 |
| 553 | TLARDER STORE | walmart.com/reviews/seller/101182565 |
| 554 | yayuefei | walmart.com/reviews/seller/101186971 |
| 555 | SHOP HAPPEE | walmart.com/reviews/seller/101187540 |
| 556 | jhanyu company | walmart.com/reviews/seller/101188003 |
| 557 | Kqiangdianzishangwu CO. ltd | walmart.com/reviews/seller/101188260 |
| 558 | HAPPEE OUTDOOR | walmart.com/reviews/seller/101190337 |
| 559 | OUT LIFEE | walmart.com/reviews/seller/101191477 |
| 560 | RNAIRNI | walmart.com/reviews/seller/101191616 |
| 561 | FAIRLUX | walmart.com/reviews/seller/101192472 |
| 562 | Guangzhou Instant Trading Co., Ltd. | walmart.com/reviews/seller/101193820 |
| 563 | Liyucwill | walmart.com/reviews/seller/101195581 |
| 564 | Dajiarui | walmart.com/reviews/seller/101207566 |
| 565 | HEFE Co. Ltd | walmart.com/reviews/seller/101214746 |
| 566 | Staryop | walmart.com/reviews/seller/101220293 |
| 567 | Fragarn | walmart.com/reviews/seller/101220782 |
| 568 | LianQU Ltd | walmart.com/reviews/seller/101223318 |
| 569 | Godven | walmart.com/reviews/seller/101228607 |
| 570 | JinLin10 | walmart.com/reviews/seller/101228647 |
| 571 | Hartstar | walmart.com/reviews/seller/101229043 |
| 572 | Takefuns | walmart.com/reviews/seller/101229734 |
| 573 | AngieDD | walmart.com/reviews/seller/101229843 |
| 574 | shenzhenshiwenyuanhangshangmaoyouxiangongsi | walmart.com/reviews/seller/101230681 |
| 575 | shenzhenshishenghuadianzishangwuyouxiangongsi | walmart.com/reviews/seller/101239960 |
| 576 | Zhexiluo | walmart.com/reviews/seller/101241710 |
| 577 | Pushtek Co. ltd | walmart.com/reviews/seller/101245739 |
| 578 | Yiruolin Technologies Co Ltd | walmart.com/reviews/seller/101247839 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 579 | lantianshangcheng Co. ltd | walmart.com/reviews/seller/101250148 |
| 580 | WangGui Co, LTD | walmart.com/reviews/seller/101255904 |
| 581 | JiNingMiaoDunHuaZhuangPinYouXianGongSi | walmart.com/reviews/seller/101265070 |
| 582 | HaoYuSheng Co.Ltd | walmart.com/reviews/seller/101265070 |
| 583 | shenzhenshilongyuanyishedianzishangwuyouxiangongsi | walmart.com/reviews/seller/101267634 |
| 584 | GuangZhouHaiFuKeJiYouXianGongSi | walmart.com/reviews/seller/101267691 |
| 585 | CZ TRADE Co.Ltd | walmart.com/reviews/seller/101268835 |
| 586 | ChangShaFanYuWangLuoKeJiYouXianGongSi | walmart.com/reviews/seller/101268892 |
| 587 | Sullull | walmart.com/reviews/seller/101269157 |
| 588 | Snowmay Bussiness Co. Ltd | walmart.com/reviews/seller/101282740 |
| 589 | ChangZZ Co.,Ltd | walmart.com/reviews/seller/101286160 |
| 590 | xiamenzhongrenfuxinxikejiyouxiangongsi | walmart.com/reviews/seller/101286633 |
| 591 | Qiandu | walmart.com/reviews/seller/101288194 |
| 592 | Ankang | walmart.com/reviews/seller/101290556 |
| 593 | S SERENABLE | walmart.com/reviews/seller/101291795 |
| 594 | LiHongJiu | walmart.com/reviews/seller/101291797 |
| 595 | Chaomeng | walmart.com/reviews/seller/101291828 |
| 596 | Weijinshan | walmart.com/reviews/seller/101293819 |
| 597 | Molende | walmart.com/reviews/seller/101294986 |
| 598 | Xingtuoteng | walmart.com/reviews/seller/101300480 |
| 599 | Ella Home | wish.com/merchant/572d9d72559f586465227a3a |
| 600 | WEIH | wish.com/merchant/58369d4f168b5404c8e21e3b |
| 601 | JJYINYIN | wish.com/merchant/5838002b61b4011b74b34dde |
| 602 | WarmHeartDS | wish.com/merchant/58cf7cd3712870505044f654 |
| 603 | wyzde | wish.com/merchant/5959fec2abea917a2cd4be8c |
| 604 | zhaopanhong2017 | wish.com/merchant/597f171a3eb22a638926959a |
| 605 | Houstonq | wish.com/merchant/59f6ed06dc7a916cc645a543 |
| 606 | gumeizhenzi | wish.com/merchant/5a9d27dfc2c8922c6d568a74 |
| 607 | zhangziyifly | wish.com/merchant/5ac884aaea876406a21d1e6a |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 608 | shfhasla7s5 | wish.com/merchant/5b5c2f255d12795b258f7aee |
| 609 | Brite Enterprises | wish.com/merchant/5ee9f31fa812ce4cf375c63b |
| 610 | KSUYE821 | wish.com/merchant/611b064c018b143598550269 |
| 611 | Dsxomu | wish.com/merchant/61412dc73f677a21bfddbc6b |
| 612 | luckyerxiang | wish.com/merchant/614af06e94511ad366e04b6e |
| 613 | Dremdx | wish.com/merchant/614e2c5e08ec3e8df291e4af |
| 614 | Tu gran ingenio | wish.com/merchant/615489c8c370db8a443251e6 |
| 615 | PurpKSX | wish.com/merchant/619059426442eaecf6b84d90 |
| 616 | Shanghai Zhongjie Network Technology Co., LTD | walmart.com/reviews/seller/16214 |
| 617 | Shenzhen Senbei electronic Co., LTD | walmart.com/reviews/seller/16214 |
| 618 | Shenzhen Shengqingyuan e-commerce Co., LTD | walmart.com/reviews/seller/16214 |
| 619 | Shanghai Chaulying Network Technology Co., LTD | walmart.com/reviews/seller/16214 |
| 620 | Shenzhen Keshanlun trading Co., LTD | walmart.com/reviews/seller/16214 |
| 621 | Shenzhen Liyu network technology Co., LTD | walmart.com/reviews/seller/16214 |
| 622 | Shanghai Yingyue Information Technology Co., LTD | walmart.com/reviews/seller/16214 |
| 623 | Shanghai Yanke Network Technology Co., LTD | walmart.com/reviews/seller/16214 |
| 624 | Shenzhen Shen Yue network technology Co., LTD | walmart.com/reviews/seller/16214 |
| 625 | *See Def. No. 623 Shanghai Yanke Network Technology Co., LTD* | walmart.com/reviews/seller/16214 |
| 626 | Shanghai Wenxue Metal Products Co., LTD | walmart.com/reviews/seller/18988 |
| 627 | Dalian Spring Huidi network Technology Co., LTD | walmart.com/reviews/seller/18988 |
| 628 | Guangzhou Nandiwang Mall Co., LTD | walmart.com/reviews/seller/18988 |
| 629 | Somersault Cloud (Shanghai) Import and Export Co., LTD | walmart.com/reviews/seller/18988 |
| 630 | *See Def. No. 629. Somersault Cloud (Shanghai) Import and Export Co., LTD* | walmart.com/reviews/seller/18988 |
| 631 | *See Def. No. 629. Somersault Cloud (Shanghai) Import and Export Co., LTD* | walmart.com/reviews/seller/18988 |
| 632 | Shenzhen Braunway Network Technology Co., LTD | walmart.com/reviews/seller/18988 |
| 633 | *See Def. No. 262. Shanghai Wenxue Metal Products Co., LTD* | walmart.com/reviews/seller/18988 |
| 634 | Shenzhen Dingkun Hui network technology Co., LTD | walmart.com/reviews/seller/18988 |
| 635 | *See Def. No. 629. Somersault Cloud (Shanghai) Import and Export Co., LTD* | walmart.com/reviews/seller/18988 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 636 | *See Def. No. 629. Somersault Cloud (Shanghai) Import and Export Co., LTD* | walmart.com/reviews/seller/18988 |
| 637 | *See Def. No. 262. Shanghai Wenxue Metal Products Co., LTD* | walmart.com/reviews/seller/18988 |
| 638 | Shenzhen Western painting e-commerce Co., LTD | walmart.com/reviews/seller/18988 |
| 639 | Shenzhen Lishili Technology Co., LTD | walmart.com/reviews/seller/18988 |
| 640 | Hefei Hedong electronic commerce Co., LTD | walmart.com/reviews/seller/18988 |
| 641 | Shenzhen Feng Shi Man crafts Co., LTD | walmart.com/reviews/seller/18988 |
| 642 | Shenzhen Gaobatian Technology Co., LTD | walmart.com/reviews/seller/18988 |
| 643 | Shanghai Yanlei network technology Co., LTD | walmart.com/reviews/seller/18988 |
| 644 | *See Def. No. 643. Shenzhen Yishu network Technology Co., LTD* | walmart.com/reviews/seller/18988 |
| 645 | Guangzhou all the way Xin network technology Co., LTD | walmart.com/reviews/seller/18988 |
| 646 | Shenzhen Meida network technology Co., LTD | walmart.com/reviews/seller/18988 |
| 647 | Dongguan Lichen Kee network Technology Co., LTD | walmart.com/reviews/seller/101001636 |
| 648 | *See Def. No. 647. Dongguan Lichen Kee network Technology Co., LTD* | walmart.com/reviews/seller/101001636 |
| 649 | Shanghai Mi Mi trading Co., LTD | walmart.com/reviews/seller/101001636 |
| 650 | Shanghai Lanqun Network Technology Co., LTD | walmart.com/reviews/seller/101087374 |
| 651 | *See Def. No, 650. Shanghai Lanqun Network Technology Co., LTD* | walmart.com/reviews/seller/101087374 |
| 652 | Shenzhen Chenyu e-commerce Co., LTD | walmart.com/reviews/seller/101087374 |
| 653 | *See Def. No. 652. Shenzhen Chenyu e-commerce Co., LTD* | walmart.com/reviews/seller/101087374 |
| 654 | Guangzhou Yue Fu e-commerce Co., LTD | walmart.com/reviews/seller/101087374 |
| 655 | Dongguan city Qi Xin trading Co., LTD | walmart.com/reviews/seller/101087374 |
| 656 | Changsha Jieying electronic Commerce Co., LTD | walmart.com/reviews/seller/101087374 |
| 657 | *See Def. No. 652. Shenzhen Chenyu e-commerce Co., LTD* | walmart.com/reviews/seller/101087374 |
| 658 | *See Def. No. 652. Shenzhen Chenyu e-commerce Co., LTD* | walmart.com/reviews/seller/101087374 |
| 659 | Shenzhen Tilai Yi e-commerce Co., LTD | walmart.com/reviews/seller/101087374 |
| 660 | Shenzhen light Lisong electronic commerce Co., LTD | walmart.com/reviews/seller/101087374 |
| 661 | Shenzhen Shi hydrogen e-commerce Co., LTD | walmart.com/reviews/seller/101118004 |
| 662 | Jiujiang Siyue electronic Commerce Co., LTD | walmart.com/reviews/seller/101118004 |
| 663 | Jiujiang Yuanlong electronic commerce Co., LTD | walmart.com/reviews/seller/101118004 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| **664** | Shenzhen Huaxuan electronic commerce Co., LTD | walmart.com/reviews/seller/101118004 |
| **665** | RCUOKS | amazon.com/sp?seller=A2195BZMIPKEQL |