UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE GRIP JAR OPENER, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 23-CV-02049 <br><br> JUDGE JOHN J. THARP, JR. <br><br> MAGISTRATE JUDGE JEFFREY COLE |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the following Defendants identified on Schedule A:

| NO. | DEFENDANT |
|---|---|
| 225 | UUTECHNOLOGY |
| 241 | luoyepiaopiao |
| 326 | AOndj |
| 378 | 13113122 |
| 379 | 2013bigtree |
| 389 | beautygirl200888 |
| 390 | beautyparty7799 |
| 394 | boxue_68 |
| 396 | caizhi79 |
| 397 | changu_4457 |
| 398 | cnstore88 |
| 401 | coolhair88 |
| 403 | dangda-71 |
| 404 | ddiaoy87 |
| 408 | fan_47 |
| 412 | fugansh0 |
| 413 | girlstore2015 |
| 415 | hairart2012 |
| 416 | hairart88 |
| 417 | hothair88 |
| 421 | jianfanj_1 |

| | |
|---|---|
| 423 | jingh5235 |
| 429 | limingx-75 |
| 430 | liwa754174 |
| 431 | lixiaox-59 |
| 432 | longgu_45 |
| 435 | mengkeshop |
| 439 | mujin24 |
| 440 | mujinh-86 |
| 442 | ningmen8052 |
| 445 | prettystyle2007 |
| 447 | qingc-40 |
| 448 | qqgg2009 |
| 453 | sellershuang |
| 454 | shengk8224 |
| 457 | shuangcn |
| 458 | shuiqing77 |
| 461 | suming-31 |
| 462 | thelittleblackdress |
| 465 | upforbest |
| 471 | wangmeng_62 |
| 473 | weiwux_44 |
| 474 | weizhi-9879 |
| 476 | windylegend |
| 477 | wonderfulmall |
| 478 | wondersonline |
| 479 | xianqi52 |
| 480 | xiaosh9623 |
| 481 | xiax_7747 |
| 482 | xingch-39 |
| 483 | xingy_6451 |
| 486 | yjfashion88 |
| 487 | yjhair886 |
| 490 | zhangchen_56 |
| 492 | zuiqing-67 |
| 514 | RMQ Co.,Ltd. |
| 515 | Nokiwiqis |
| 516 | Shenzhen Weitian Industrial Co., Ltd. |
| 517 | Shenzhen Dali Industry Co., Ltd. |
| 518 | LLX Co. Ltd. |

| | |
|---|---|
| 519 | AXL Co., Ltd. |
| 520 | SzRx Co., Ltd. |
| 527 | Caitzr |
| 532 | Janny Co . Ltd |
| 536 | JEOCODY |
| 537 | Soothfeel |
| 538 | bayline2019 |
| 540 | BDH Co.Ltd. |
| 541 | hong Co . Ltd |
| 554 | yayuefei |
| 563 | Liyucwill |
| 575 | shenzhenshishenghuadianzishangwuyouxiangongsi |
| 581 | JiNingMiaoDunHuaZhuangPinYouXianGongSi |
| 583 | shenzhenshilongyuanyishedianzishangwuyouxiangongsi |
| 586 | ChangShaFanYuWangLuoKeJiYouXianGongSi |
| 599 | Ella Home |
| 600 | WEIH |
| 601 | JJYINYIN |
| 604 | zhaopanhong2017 |
| 607 | zhangziyifly |
| 618 | Joybuy Express Seller 3 |
| 621 | Joybuy Express Seller 6 |
| 632 | Joybuy Seller 7 |
| 634 | Joybuy Seller 9 |
| 638 | Joybuy Seller 13 |
| 639 | Joybuy Seller 14 |
| 644 | Joybuy Seller 19 |
| 645 | Joybuy Seller 20 |
| 646 | Joybuy Seller 21 |
| 659 | Joybuy Selection Seller 10 |
| 660 | Joybuy Selection Seller 11 |
| 661 | Joybuy Fashion Seller 1 |
| 662 | Joybuy Fashion Seller 2 |
| 663 | Joybuy Fashion Seller 3 |
| 664 | Joybuy Fashion Seller 4 |

Dated: November 11, 2023					Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***